# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | CRIMINAL NO. _08mj 2219_ |
| ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Marco Antonio Valdez; ) | |
| Javier Baltierra - Rincon ) | Booking No. |
| Defendant(s) ) | |
| _____ ) | |

On order of the United States ~~District~~/Magistrate Judge,    LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

Amando Jimenez - Velasco

DATED: ___7/30/08___

RECEIVED _____
              DUSM

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____

Deputy Clerk

R. F. MESSIG

☆ U.S. GPO: 2003-581-774/70062