# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>Marco Antonio Valdez;<br>Javier Ballierra-Rincon<br>Defendant(s) | CRIMINAL NO. 08mj2219<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,   **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Calistro Cebrero-Peralta

DATED: 7/30/08

RECEIVED _____ DUSM

LOUISA S. PORTER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy ~~Clerk~~

R. F. MESSIG

☆ U.S. GPO: 2003-581-774/70082

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95